UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH ROGERS,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>        Defendants. | Case No. 5:23-cv-01022-JWH-RAO<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint ("SAC"), Dkt. No. 14, the Report and Recommendation of United States Magistrate Judge ("Report") dated December 7, 2023, Dkt. No. 16, and all other records and files herein. The time for filing objections to the Report has passed and no objections have been received. Accordingly, it is hereby **ORDERED** as follows:

1. The findings, conclusions, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2. This action is **DISMISSED without prejudice** and **without leave to amend**.

**IT IS SO ORDERED.**

DATED: February 6, 2024

JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE