JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDITH ROGERS,

              Plaintiff,

       v.

COUNTY OF SAN
BERNARDINO, et al.,

              Defendants.

Case No. 5:23-cv-01022-JWH-RAO

**JUDGMENT**

1    In accordance with the Order Accepting Report and Recommendation of

2  United States Magistrate Judge issued concurrently herewith,

3    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is

4  **DISMISSED without prejudice** and **without leave to amend**.

5    **IT IS SO ORDERED.**

6

7  DATE: ___February 6, 2024___          _____

8                                        JOHN W. HOLCOMB
                                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28